DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JORDAN CRITTLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 09-0023-GGH |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE<br>) COURT TRIAL AND TO SET HEARING ON |
| v. | ) MOTION TO SUPPRESS EVIDENCE AND<br>) BRIEFING SCHEDULE |
| JORDAN CRITTLE, | )<br>) Judge: Hon. Gregory G. Hollows |
| Defendant. | ) Date:  April 27, 2009<br>) Time:  9:00 a.m. |

   The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, JORDAN CRITTLE, by counsel MICHAEL PETRIK, Jr., Office Of The Federal Defender, stipulate to vacate the trial confirmation hearing set for February 23, 2009, at 9:00 a.m. and the jury trial set for March 9, 2009 at 9:00 a.m., and set this case for hearing defendant's motion to suppress evidence on April 27, 2009, at 9:00 a.m.

   The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through April 27, 2009,

STIPULATION AND PROPOSED ORDER            1

for defense preparation.  18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4]. The parties further stipulate that the Court should exclude time through April 27, 2009, for pretrial motions.  18 U.S.C. § 3161(h)(1)(F) [Local Code E].

The parties stipulate to the following briefing schedule:

Defendant's Motion due . . . . . . . . . . . . . . . March 13, 2009
Government's Response due . . . . . . . . . . . . . April 10, 2009
Defendant's Reply due . . . . . . . . . . . . . . . April 15, 2009
Motion Hearing . . . . . . . . . . . April 27, 2009, at 9:00 a.m.

The parties agree that the Court may set the court trial following the motion hearing.

Dated: February 19, 2009           Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender

                                   /s/ M.Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Staff Attorney/Misdemeanor Unit

Dated: February 19, 2009           LAWRENCE G. BROWN
                                   Acting United States Attorney

                                   /s/ Matthew Stegman
                                   _____
                                   MATTHEW STEGMAN
                                   Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: February 20, 2009           /s/ Gregory G. Hollows
                                       HON. GREGORY G. HOLLOWS
                                   United States Magistrate Judge

STIPULATION AND PROPOSED ORDER          2