| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913<br>Staff Attorney/Misdemeanor Unit |
| 3 | Designated Counsel For Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814<br>Telephone: (916) 498-5700 |
| 6 | Attorneys for Defendant<br>JORDAN CRITTLE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-cr-23 GGH |
| Plaintiff, | ) | STIPULATION AND ORDER TO MODIFY |
| | ) | BRIEFING SCHEDULE FOR MOTION TO |
| v. | ) | SUPPRESS EVIDENCE |
| JORDAN CRITTLE, | ) | Judge: Hon. Gregory G. Hollows |
| | ) | Date:  April 27, 2009 |
| Defendant. | ) | Time:  9:00 a.m. |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, JORDAN CRITTLE, by counsel MICHAEL PETRIK, Jr., Office Of The Federal Defender, stipulate to modify the briefing schedule for the motion to suppress evidence set for hearing on April 27, 2009, at 9:00 a.m. Counsel for the defense requires an additional week because counsel had to prepare for a trial set before the Hon. Dale A. Drozd on March 12, 2009, at 9:00 a.m.

The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through April 27, 2009,

Stipulation And Proposed Order          1                   09-cr-23 GGH

for defense preparation. 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4]. The parties further stipulate that the Court should exclude time through April 27, 2009, for pretrial motions. 18 U.S.C. § 3161(h)(1)(F) [Local Code E].

The parties stipulate to the following modified briefing schedule:

| | |
|---|---|
| Defendant's Motion due | March 20, 2009 |
| Government's Response due | April 17, 2009 |
| Defendant's Reply due | April 22, 2009 |
| Motion Hearing | April 27, 2009, at 9:00 a.m. |

The parties agree that the Court may set the trial following the motion hearing.

Dated: March 13, 2009　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　/s/ M.Petrik
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MICHAEL PETRIK, Jr.
　　　　　　　　　　　　　　　Staff Attorney/Misdemeanor Unit

Dated: March 16, 2009　　　　　LAWRENCE G. BROWN
　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　/s/ Matthew C. Stegman
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　MATTHEW STEGMAN
　　　　　　　　　　　　　　　Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: March 23, 2009　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　HON. GREGORY G. HOLLOWS
　　　　　　　　　　　　　United States Magistrate Court

crittle.eot