```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  BRIAN J. MILLER
    Certified Student, Misdemeanor Unit
 4  501 I Street, Suite 10-100
    Sacramento, California 95814
 5  Telephone: (916) 554-2810
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   Cr. No. S-09-0023-GGH
                                 )
12          Plaintiff,            )   GOVERNMENT'S MOTION TO DISMISS
                                 )   INFORMATION AND ORDER
13                                )
        v.                       )
14                                )
    JORDAN C. CRITTLE,           )
15                                )   DATE: August 24, 2009
            Defendant.           )   TIME: 1:00 p.m.
16  _____)   JUDGE: Hon. Gregory G. Hollows
17
18       Pursuant to Rule 48(a) of the Federal Rules of Criminal
19  Procedure, plaintiff United States of America, by and through its
20  undersigned attorney, hereby moves this Honorable Court for an
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
```

1

```
 1  Order dismissing the information filed in the above-entitled
 2  matter.
 3  DATED: August 21, 2009            LAWRENCE G. BROWN
                                      United States Attorney
 4
 5                                By:  /s/ Samantha Spangler for
                                      MATTHEW C. STEGMAN
 6                                    Assistant U.S. Attorney
 7
                      _____ORDER
 8
 9  IT IS SO ORDERED:
10  DATED: August 25, 2009
11  /s/ Gregory G. Hollows
    _____
12  HON. GREGORY G. HOLLOWS
    United States Magistrate Judge
13
14
    crittle.dsm
15
```